**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Arch Cosmetics, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Arch Apothecary, Inc.** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3604104** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **214 East State Street**<br>**Suite # 2**<br>**Rockford, IL 61104**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Winnebago**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.archapothecary.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Arch Cosmetics, Inc.**                                                     Case number (*if known*) _____
          Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **Arch Cosmetics, Inc.** | Case number (*if known*) | |
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district?***   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☑ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☑ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    **Arch Cosmetics, Inc.**
_____
Name

Case number (*if known*)
_____

☐ $50,001 - $100,000

☐ $100,001 - $500,000

■ $500,001 - $1 million

☐ $10,000,001 - $50  million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

| Debtor | **Arch Cosmetics, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2023**
MM / DD / YYYY

X **/s/ Lindey Goodrich**                    **Lindey Goodrich**
Signature of authorized representative of debtor          Printed name

Title   **Secretary**

---

**18. Signature of attorney**

X **/s/ James E. Stevens**                    Date **June 29, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**James E. Stevens 3128256**
Printed name

**Barrick, Switzer, Long, Balsley & Van Evera, LLP**
Firm name

**6833 Stalter Drive**
**Rockford, IL 61108**
Number, Street, City, State & ZIP Code

Contact phone   **815-962-6611**       Email address   **jstevens@bslbv.com**

**3128256 IL**
Bar number and State

---

Debtor   **Arch Cosmetics, Inc.**
          Name
                                                            Case number (if known)

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 29, 2023**  06/29/2023
             MM / DD / YYYY

X /s/ Lindey Goodrich                         **Lindey Goodrich**
  Signature of authorized representative of debtor   Printed name

Title   **Secretary**

18. Signature of attorney

X /s/ James E. Stevens                         Date  **June 29, 2023**
  Signature of attorney for debtor                   MM / DD / YYYY

**James E. Stevens 3128256**
Printed name

**Barrick, Switzer, Long, Balsley & Van Evera, LLP**
Firm name

**6833 Stalter Drive**
**Rockford, IL 61108**
Number, Street, City, State & ZIP Code

Contact phone  **815-962-6611**      Email address  **jstevens@bslbv.com**

**3128256 IL**
Bar number and State

Fill in this information to identify the case:

Debtor name    Arch Cosmetics, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form 206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 29, 2023        X /s/ Lindey Goodrich
                06/29/2023            Signature of individual signing on behalf of debtor

                                      Lindey Goodrich
                                      Printed name

                                      Secretary
                                      Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

Debtor  Arch Cosmetics, Inc.  _____  Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Cera Fass<br>2410 Van Hise Avenue<br>Madison, WI 53726 | $50,150 | 2022 | Salary - President [Paid in Ordinary Course of Business] |

Relationship to debtor
**Former President**

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

Name of the parent corporation

Employer identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Name of the pension fund

Employer identification number of the pension fund

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 29, 2023**  06/29/23

/s/ Lindey Goodrich                    **Lindey Goodrich**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Secretary**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Arch Cosmetics, Inc.**

_____
Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **17,162.00** |
| Prior to the filing of this statement I have received | $ **13,157.41** |
| Balance Due | $ **4,004.59** |

2.  The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):  **$13,157.41 paid by Debtor; balance paid by Tom Souleles (Shareholder), Cia Souleles (Director), and Lindey Goodrich (Director/Shareholder)**

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **N/A**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 29, 2023**
_____
_Date_

/s/ James E. Stevens
**James E. Stevens 3128256**
_Signature of Attorney_
**Barrick, Switzer, Long, Balsley & Van Evera, LLP**
**6833 Stalter Drive**
**Rockford, IL 61108**
**815-962-6611  Fax: 815-962-0687**
**jstevens@bslbv.com**
_Name of law firm_

United States Bankruptcy Court
Northern District of Illinois

In re    Arch Cosmetics, Inc.                                          Case No.
                              Debtor(s)                                 Chapter    7

VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                          102

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    June 29, 2023    06/29/2023          /s/ Lindey Goodrich
                                               Lindey Goodrich/Secretary
                                               Signer/Title

## United States Bankruptcy Court
### Northern District of Illinois

In re    Arch Cosmetics, Inc.

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Arch Cosmetics, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 29, 2023

Date

/s/ James E. Stevens
James E. Stevens 3128256
Signature of Attorney or Litigant
Counsel for    Arch Cosmetics, Inc.
Barrick, Switzer, Long, Balsley & Van Evera, LLP
6833 Stalter Drive
Rockford, IL 61108
815-962-6611 Fax:815-962-0687
jstevens@bslbv.com

**Fill in this information to identify the case:**

Debtor name    **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2023**          *X* **/s/ Lindey Goodrich**
                                      Signature of individual signing on behalf of debtor

                                      **Lindey Goodrich**
                                      Printed name

                                      **Secretary**
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $  0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................  $  318,563.95

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................  $  318,563.95

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $  149,597.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................  $  21,500.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................  +$  373,113.00

4. **Total liabilities** ...............................................................................
   Lines 2 + 3a + 3b                                                                          $  544,210.00

**Fill in this information to identify the case:**

Debtor name    **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Blackhawk Bank** | **Checking** | **8481** | $1.00 |
| 3.2. | **Blackhawk Bank** | **Savings** | **7553** | $1,341.95 |
| 3.3. | **Chase Bank** | **Checking** | **3907** | $130.00 |
| 3.4. | **Park Bank** | **Checking** | **9901** | $120.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $1,592.95

**Part 2:        Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Debtor | **Arch Cosmetics, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**7.**     **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. _____    _____

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1. _____    _____

**9.**     **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

┌─────────────────┐
│  _____   │
└─────────────────┘

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:    _____ - _____ = ....    _____
                            face amount       doubtful or uncollectible accounts

11b. Over 90 days old:    _____ - _____ =....    _____
                           face amount       doubtful or uncollectible accounts

**12.**     **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

┌─────────────────┐
│  _____   │
└─────────────────┘

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**     **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    _____

**15.**     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                           % of ownership

Debtor    **Arch Cosmetics, Inc.**                                     Case number *(If known)* _____
           Name

Name of entity:                                          % of ownership

15.1. _____        _____ %   _____   _____

16.      **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____        _____   _____

17.      **Total of Part 4.**
         Add lines 14 through 16.  Copy the total to line 83.

                                                                         | _____ |

---

**Part 5:**     **Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Physical Inventory [Skin care products, Hair care products, Makeup products] | April 30, 2023 | $0.00 | Recent cost | $301,971.00 |
| 22. **Other inventory or supplies** | | | | |

23.      **Total of Part 5.**
         Add lines 19 through 22.  Copy the total to line 84.

                                                                         | $301,971.00 |

24.      **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ■ No
         ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor **Arch Cosmetics, Inc.**_____    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

28. **Crops-either planted or harvested**

_____  _____  _____  _____

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

_____  _____  _____  _____

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

_____  _____  _____  _____

31. **Farm and fishing supplies, chemicals, and feed**

_____  _____  _____  _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____  _____  _____  _____

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

39. **Office furniture**

| Debtor | **Arch Cosmetics, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**16 Makeup chairs**
**4 Sitting Chairs**
**8 Mirrors**
**Various Light Fixtures**
**Large Round Table**
**Bookshelf**
**Desk**

| **Chair** | $0.00 | Comparable sale | $5,000.00 |
|---|---|---|---|

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|

47. **Office equipment, including all computer equipment and communication systems equipment and software**
**5 Facial Beds**
**1 Hydrofacial Machnie**
**8 Shampoo Tubs**
**4 Apple Computers**
**Hairdryers & curling wands (8-12 total)**
**8 Wax Holders**

| **Laptop Computer** | $0.00 | Replacement | $10,000.00 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $15,000.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | _____ | _____ | _____ |

| Debtor | **Arch Cosmetics, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

49.    **Aircraft and accessories**

49.1.. _____    _____    _____    _____

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.    _____

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| _____ | _____ | _____ | | _____ |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.    _____

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **Arch Cosmetics, Inc.**                                    Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites www.archapothecary.com [Inoperative - Closed]** | **Unknown** | **N/A** | **Unknown** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations Electronic Mailing list of customers from all four (4) store locations** | **Unknown** | **N/A** | **Unknown** |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                          **$0.00**
        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
        ■ No
        ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

                                                                            Current value of debtor's interest

71.    **Notes receivable**
        Description (include name of obligor)

        _____    -    _____    =    _____
                                   Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

Debtor    **Arch Cosmetics, Inc.**
Name

Case number *(If known)* _____

Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Nature of claim** _____
**Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim** _____
**Amount requested** _____

76. **Trusts, equitable or future interests in property**

_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Arch Cosmetics, Inc.**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,592.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $301,971.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $318,563.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $318,563.95 |

---

**Fill in this information to identify the case:**

Debtor name   **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1 Blackhawk Bank**
Creditor's Name

**400 Broad Street**
**Beloit, WI 53511**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2012**
Last 4 digits of account number
**7958**
Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Small Business Administration**
**2. Blackhawk Bank**

Describe debtor's property that is subject to a lien
**Physical Inventory [Skin care products, Hair care products, Makeup products]; Office Furniture; Office Equipment [Blanket Lien]**

Describe the lien
**Loan- Perfected UCC lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**   Column B: **$301,971.00**

**2.2 Small Business Administration**
Creditor's Name

**409 Third Street SW**
**Washington, DC 20416**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2020**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**Physical Inventory [Skin care products, Hair care products, Makeup products]; Office Furniture; Office Equipment [Blanket Lien]**

Describe the lien
**Loan- Perfected UCC lien**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$149,597.00**   Column B: **$301,971.00**

Debtor   **Arch Cosmetics, Inc.**
_____
Name

Case number (if known) _____

**XXX**
_____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   `$149,597.00`

---

| **Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alex Stark**<br>**705 Ottawa Trail**<br>**Madison, WI 53711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** | **$250.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Alexa Cross**<br>**1110 E Ogden Ave**<br>**Apt 112**<br>**Milwaukee, WI 53202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** | **$250.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Alexa Rogge**
**6203 Williamsburg Way**
**Apt 326**
**De Forest, WI 53532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | $250.00 | $250.00 |
|---|---|---|---|---|

**Ali Murwin**
**6032 E Linden Pkwy**
**Mc Farland, WI 53558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | $250.00 | $250.00 |
|---|---|---|---|---|

**Alissa Dorman**
**2712 N Farwell Avenue**
**Milwaukee, WI 53211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | $250.00 | $250.00 |
|---|---|---|---|---|

**Alisson Wessel**
**2122 Sheffield Ct**
**Apt 2**
**Freeport, IL 61032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Dept**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Allie Weiss** | *Check all that apply.* | | |
| | **1250 Linden Avenue** | ☐ Contingent | | |
| | **Highland Park, IL 60035** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Allison Trainor** | *Check all that apply.* | | |
| | **18 Vista Ridge Drive** | ☐ Contingent | | |
| | **Galena, IL 61036** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Allyson Arens** | *Check all that apply.* | | |
| | **W5095 N Osprey Drive** | ☐ Contingent | | |
| | **New Lisbon, WI 53950** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Alyssa Hoffman** | *Check all that apply.* | | |
| | **1255 S State St** | ☐ Contingent | | |
| | **Unit 804** | ☐ Unliquidated | | |
| | **Chicago, IL 60605** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Amila Lagowski**
**1001C Curtiss Street**
**Downers Grove, IL 60515**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Andi Sirokman**
**2924 Harvey Street**
**Apt # 1A**
**Madison, WI 53705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Andreanna Kinnart**
**415 Snow Cole Hall**
**Madison, WI 53706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Autumn Bach**
**74 Trillium Ct**
**Madison, WI 53719**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|
| | **Brooke Behlmer**<br>**100 E Chateau Place**<br>**Milwaukee, WI 53217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|
| | **Brooke Duescher**<br>**201 Lavaca St**<br>**Apt 640**<br>**Austin, TX 78701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|
| | **Candace Dziubinski**<br>**4444 S 66th St**<br>**Milwaukee, WI 53220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposti** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|
| | **Carly Capadona**<br>**4606 N Leavitt Street**<br>**Chicago, IL 60625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposit** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Debtor  **Arch Cosmetics, Inc.**                                          Case number (if known) _____
        Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $250.00 | $250.00 |
|---|---|---|---|---|

**Carolyn Lee**
**2527 N Stowell Ave**
**Apt 5**
**Milwaukee, WI 53211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $250.00 | $250.00 |
|---|---|---|---|---|

**Casey Pieper**
**8840 Market Street**
**Apt 123**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $250.00 | $250.00 |
|---|---|---|---|---|

**Cassie Sperry**
**2555 N Clark St**
**Apt 1001**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $250.00 | $250.00 |
|---|---|---|---|---|

**Christina Wilson**
**3603 Woodside Ave**
**Brookfield, IL 60513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|

**Claire Tipton**
**1012 Marston Street**
**West Sacramento, CA 95605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|

**Courtney Severson**
**725 W Freshwater Way**
**Apt 307**
**Milwaukee, WI 53204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|

**Dana Graves**
**N38W32690 Edgewood Court**
**Nashotah, WI 53058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** | **$250.00** |
|---|---|---|---|---|

**Elizabeth Grenfell**
**9 Connor Court**
**Madison, WI 53718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Arch Cosmetics, Inc. | Case number (if known) | |
|--------|---------------------|-----------------------|--|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|------|--------|--------|--------|--------|

**Elizabeth Trautz**
**4509 Edina Blvd**
**Minneapolis, MN 55424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|------|--------|--------|--------|--------|

**Emily Egge**
**1212 E Courtland Place**
**Milwaukee, WI 53211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|------|--------|--------|--------|--------|

**Emma Brainard**
**306 Glendola Ave NW**
**Warren, OH 44483**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|------|--------|--------|--------|--------|

**Emma Lankey**
**3513 DuPont Avenue South**
**Apt 115**
**Minneapolis, MN 55408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Arch Cosmetics, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Emma Tascher**
**2370 N 67th St**
**Milwaukee, WI 53213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Emmeline Roth**
**120 Garfield Avenue**
**Evansville, WI 53536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Emmylou Hetland**
**405 Hilldale Court**
**Madison, WI 53705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Gaby Cronick**
**788 Cedar Street**
**#5**
**Saint Paul, MN 55103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | |

| | | | | |
|---|---|---|---|---|
| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |

**Gloria Sigala**
**3821 Dunbury Lane**
**Rockford, IL 61101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |

**Haley Sullivan**
**803 Division Street**
**Apt 923**
**Nashville, TN 37203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |

**Jacquelyn Staples**
**306 Cambridge Drive**
**Grayslake, IL 60030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |

**Jamie Rentscher**
**2984 Chapel Valley Rd**
**Apt 102**
**Madison, WI 53711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Jamie Rosenbaum** | *Check all that apply.* | | |
| | **545 Cypress Point Ct** | ☐ Contingent | | |
| | **Deerfield, IL 60015** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Jennah Haney** | *Check all that apply.* | | |
| | **1222 Meadowlark Lane** | ☐ Contingent | | |
| | **Madison, WI 53716** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Jordan Schaefer** | *Check all that apply.* | | |
| | **141618 Laurenwood Circle** | ☐ Contingent | | |
| | **Humble, TX 77396** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Julia Young** | *Check all that apply.* | | |
| | **810 West Princess Anne Road** | ☐ Contingent | | |
| | **Apt 20** | ☐ Unliquidated | | |
| | **Norfolk, VA 23517** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Customer Deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

---

| Debtor | **Arch Cosmetics, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Kasey Hermanson**
**542 Woodview Drive**
**Sun Prairie, WI 53590**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Kayla Michler**
**421 N High Point Rd**
**Madison, WI 53717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Kayla Sallinger**
**1217 N 62nd Street**
**Apt # 207**
**Milwaukee, WI 53213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Kelley Elmer**
**8370 Old Sauk Road**
**Middleton, WI 53562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Kelsey Keithly**
**439 Home Ave**
**Apt 2S**
**Oak Park, IL 60523**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Kelsey Mack**
**N82W1341 Fond Du Lac**
**Menomonee Falls, WI 53051**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Kim Edwards**
**2292 High Ridge Trail**
**Madison, WI 53713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Laura Ruelle**
**2819 Endive Drive**
**Madison, WI 53711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.51** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00
| **Laura Vandermause** | *Check all that apply.* | |
| **4620 Turnberry Lake Drive** | ☐ Contingent | |
| **Unit 301** | ☐ Unliquidated | |
| **Estero, FL 33928** | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
| **Customer Deposit**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.52** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00
| **Libby Lueck** | *Check all that apply.* | |
| **N5128 8th Ave** | ☐ Contingent | |
| **Westfield, WI 53964** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
| **Customer Deposit**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.53** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00
| **Madelyn O'Gorman** | *Check all that apply.* | |
| **601 W Doty St** | ☐ Contingent | |
| **Apt 315** | ☐ Unliquidated | |
| **Madison, WI 53703** | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
| **Customer Deposit**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

**2.54** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00
| **Madilyn Sass** | *Check all that apply.* | |
| **1919 University Avenue** | ☐ Contingent | |
| **Apt 2** | ☐ Unliquidated | |
| **Madison, WI 53726** | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
| **Customer Deposit**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $250.00 | $250.00 |
|---|---|---|---|---|

**Maggie Mueller**
**8383 Muller Rd**
**Fall Creek, WI 54742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | | $250.00 | $250.00 |
|---|---|---|---|---|

**Maggie Orlando**
**724 Paris Avenue**
**Rockford, IL 61107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | | $250.00 | $250.00 |
|---|---|---|---|---|

**Marnee Fuertes**
**10201 Camden Lane**
**#1**
**Bridgeview, IL 60455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | | $250.00 | $250.00 |
|---|---|---|---|---|

**Melissa Gramza**
**1418 Meadowbrook Blvd**
**Racine, WI 53405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Arch Cosmetics, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Melissa Massino**
**1749 N Wells St**
**Atp # 1810**
**Chicago, IL 60614**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Meridith Zoltan**
**331 W Wisconsin Avenue**
**Milwaukee, WI 53203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Michelle Goans**
**3900 Gabrielle Lane**
**Aurora, IL 60598**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Mikaela Lietha**
**436 W School St**
**Columbus, WI 53925**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **Arch Cosmetics, Inc.**
      Name                                           Case number *(if known)*

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Morgan Bock**
**4701 Retana Drive**
**Madison, WI 53714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Myranda Falls**
**3201 Carefree Drive**
**Rockford, IL 61114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Nicole Shelley**
**1326 N High Point Road**
**Middleton, WI 53562**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Nikki Ramsay**
**410 N Timothy Lane**
**McHenry, IL 60050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor    **Arch Cosmetics, Inc.**                                          Case number (if known) _____
          _____
          Name

| | | | | |
|---|---|---|---|---|

**2.67** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00**

**Nina Codell**
**1749 Stonehedge Court**
**Wheeling, IL 60090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.68** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00**

**Olivia Russo**
**3101 Fish Hatchery Rd**
**Atp 214**
**Madison, WI 53713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.69** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00**

**Paige Abbatacola**
**415 S Livingston Street**
**Madison, WI 53703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.70** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00**

**Rachel Olk**
**40 North Orchard Street**
**Madison, WI 53715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Arch Cosmetics, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Ratchel Tatge**
**2039 Winnebago Street**
**Madison, WI 53704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Rebecca Ward**
**2202 Woodside Drive**
**Cross Plains, WI 53528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Sadie Minobe**
**3714 Zwerg Drive**
**Madison, WI 53705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Sarah Horner**
**742 Bear Claw Way**
**#104**
**Madison, WI 53717**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Arch Cosmetics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Sarah Lent**
**5126 Argus Lane**
**Madison, WI 53711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Sarah Miller**
**3301 N 96th St**
**Milwaukee, WI 53222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Sarah Scheuer**
**1916 W Timber Ridge Lane**
**Apt 4207**
**Oak Creek, WI 53154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Savannah Waller**
**3136 S Milton Shopiere Rd**
**Janesville, WI 53546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Sophia Colevas**
**2213 University Ave**
**Apt C**
**Madison, WI 53726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Sydney Hanchett**
**1986 Fays Lane**
**Sugar Grove, IL 60554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Tara O'Byrne**
**9109 W Hawthorne Ave**
**Milwaukee, WI 53226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Tatum Regez**
**588 Jennifer Circle**
**Mundelein, IL 60060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposit**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | Arch Cosmetics, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Tayler Williams**
**540 Moon Lake Drive**
**Apartment # 9**
**Rice Lake, WI 54868**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Taylor Molln**
**183 N. Addison Ave**
**Apt 327**
**Elmhurst, IL 60126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Victoria Saber**
**63 Wall Street**
**Apt 3504**
**New York, NY 10005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Victoria Worcester**
**510 West Main Street**
**Apt 408**
**Madison, WI 53703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposit** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Arch Cosmetics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,466.00**

**Chantecaille**
**584 Broadway**
**Suite 1111**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of Inventory/Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00**

**Cia Souleles**
**1964 N Burling Street**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2023**

Basis for the claim:  **Promissory Note [Unperfected]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Courtney Metelmann**
**c/o Attorney Mohammed Badwan**
**Sulaiman Law Group, Ltd.**
**2500 S Highland Avenue, Suite 200**
**Lombard, IL 60148**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2023**

Basis for the claim:  **Civil Action - Americans with Disabilities Act Complaint - Pending**

Last 4 digits of account number  **2787**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Erin Patt**
**1350 W Foster Avenue**
**Apt 1W**
**Chicago, IL 60640**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2022**

Basis for the claim:  **Pending Ilinois Department of Human Rights Claim**

Last 4 digits of account number  **1100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,555.00**

**Mila Moursi/Waldin LLC**
**6924 Canby Avenue**
**Suite 116**
**Reseda, CA 91335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of Inventory/Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,692.00**

**Omorovicza Cosmetics**
**191 Woodport Road**
**Suite 7**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Purchase of Inventory/Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**

**Priscilla Pomaville**
**4902 E Palo Brea Lane**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 1, 2020**

Basis for the claim:  **Promissory Note [Unsecured]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Arch Cosmetics, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Raymond Koons**
**4902 E Palo Brea Lane**
**Cave Creek, AZ 85331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  July 1, 2020

Last 4 digits of account number _

Basis for the claim:  Promissory Note  [Unsecured]

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Wisconsin Dept of Consumer Protect**<br>**Attn:  Patrick Studenec**<br>**2811 Agriculture Drive**<br>**Madison, WI 53708** | Line  2.86<br><br>☐ Not listed. Explain ____ | 1977 |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 21,500.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 373,113.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 394,613.00 |

**Fill in this information to identify the case:**

Debtor name        **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | |
| **Commercial Lease - Retail Store [Milwaukee]** | |
| State the term remaining  **Expires August 2023** | **Riverview Lofts LLC** |
| List the contract number of any government contract | **117 N Jefferson**<br>**Suite 200**<br>**Milwaukee, WI 53202** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| **Commercial Lease - Retail Store [Chicago Location]** | |
| State the term remaining  **Expires October 31, 2023** | **Ross Realty Management** |
| List the contract number of any government contract | **P.O. Box 10891**<br>**Chicago, IL 60654** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | |
| **Commercial Lease - Retail Store [Rockford Location]** | |
| State the term remaining  **Expires December 31, 2027** | **The Standard** |
| List the contract number of any government contract | **214 East State Street**<br>**Rockford, IL 61104** |

**Fill in this information to identify the case:**

Debtor name     **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Betsy Branca-Hughes** | **612 N. Calvin Park Blvd Rockford, IL 61107** | **Riverview Lofts LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.1**__ |
| 2.2 **Brent Hughes** | **612 N. Calvin Park Blvd Rockford, IL 61107** | **Riverview Lofts LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __**2.1**__ |

**Fill in this information to identify the case:**

Debtor name    **Arch Cosmetics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>**Product Sales & Service Sales [Operation of**<br>■ Other **Business]** | $603,811.86 |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>**Product Sales & Service Sales [Operation of**<br>■ Other **Business]** | $1,825,916.00 |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>**Product Sales & Service Sales [Operation of**<br>■ Other **Business]** | $2,014,474.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor     **Arch Cosmetics, Inc.** _____     Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:     Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Courtney Metelmann v. Arch Cosmetics, Inc. 2012-CV-2787** | **Civil Action - American with Disabilities Act claims** | **U.S District Court - NDIL (Eastern Div) Everett McKinely Dirksen U.S. Courthouse 219 South Dearborn Street Chicago, IL 60604** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **In re: Erin Pat 440-2023-01100** | **Illinois Department of Human Rights/EEOC claim** | **Illinois Department of Human Rights 555 West Monroe Street Suite 700 Chicago, IL 60661** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Victoria Worcester v. Arch Cosmetics, Inc./Arch Apothecary File # 141977** | **Consumer Complaint - Customer Deposit** | **Wisconsin Dept of Consumer Protection 2811 Agriculture Drive 53708** | ■ Pending ☐ On appeal ☐ Concluded |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page **2**

Debtor   **Arch Cosmetics, Inc.** _____   Case number _(if known)_ _____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Barrick Switzer Long Balsley & Van Evera**<br>6833 Stalter Drive<br>Rockford, IL 61108 | **$17,162.00 Attorneys' Fees plus $338.00 Filing Fee** | June 2023 | $17,162.00 |
| | Email or website address<br>bslbv.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | **Arch Cosmetics, Inc.** | Case number *(if known)* |
|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. **1359 N Wells St**<br>**Chicago, IL 60610** | **June 1, 2012 - June 5, 2023** |
| 14.2. **23 S Pinckney Street**<br>**Madison, WI 53703** | **May 2014 - June 5, 2023** |
| 14.3. **117 N Jefferson Street**<br>**Suite 200**<br>**Milwaukee, WI 53202** | **June 2018 - June 5, 2023** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Arch Cosmetics, Inc.** _____    Case number *(if known)* _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Arch Cosmetics, Inc. | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Benning Group, LLC**<br>**Benning Group, LLC**<br>**6815 Weaver Road**<br>**Suite 300**<br>**Rockford, IL 61114** | **2011 - Present**<br>**[Primarily tax preparation]** |
| 26a.2. | **Dan Murphy**<br>**Forward Financial Consulting**<br>**6545 Erin Way**<br>**Roscoe, IL 61073** | **2011-Present**<br>**[Primarily monthly accounting services]** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Benning Group, LLC**<br>**6815 Weaver Road**<br>**Suite 300**<br>**Rockford, IL 61114** | **2011-Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor   **Arch Cosmetics, Inc.** _____   Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Benning Group, LLC**<br>**6815 Weaver Road**<br>**Suite 300**<br>**Rockford, IL 61114** | |
| 26c.2.   **Forward Financial Consulting**<br>**6545 Erin Way**<br>**Roscoe, IL 61073** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Benning Group, LLC**<br>**6815 Weaver Road**<br>**Suite 300**<br>**Rockford, IL 61114** |
| 26d.2.   **Forward Financial Consulting**<br>**6545 Erin Way**<br>**Roscoe, IL 61073** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Sheri Gladden** | **April 30, 2023** | **$301,971.00 - "On Hand" Basis** |
|  | Name and address of the person who has possession of inventory records<br>**Debtor** | | |
| 27.2. | **Sheri Gladden** | **January 30, 2023** | **$358,374.00 - "On Hand" Basis** |
|  | Name and address of the person who has possession of inventory records<br>**Debtor** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lindey Goodrich** | **10118 Denali Trail**<br>**Soddy Daisy, TN 37379** | **Secretary & Director** | **38.08** |

Debtor    **Arch Cosmetics, Inc.** _____      Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| John Koehler, M.D. | 10338 Lewis Road<br>Soddy Daisy, TN 37379 | Director | 11.83 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Cia Souleles | 1964 N Burling Street<br>Chicago, IL 60614 | Director | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Thomas Souleles | 1964 N Burling Street<br>Chicago, IL 60614 | Shareholder | 39.43 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Cera Fass | 2410 Van Hise Avenue<br>Madison, WI 53726 | Shareholder | 9.92 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| Raymond Koons | 4902 E Palo Brea Lane<br>Cave Creek, AZ 85331 | Shareholdere | 0.74 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|--------------------------------------------------|
| Sheri Gladden | 1185 Helford Lane<br>Carmel, IN 46032 | President/Chief Executive Officer | October 17, 2022-June 15, 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|--------------------------------------------------|
| Cera Fass | 2410 Van Hise Avenue<br>Madison, WI 53726 | President/Director | September 1, 2018 -October 17, 2022 (Director)<br>January 23, 2020 - October 17, 2022 (President) |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor  **Arch Cosmetics, Inc.**                              Case number _(if known)_ _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Cera Fass**<br>**2410 Van Hise Avenue**<br>**Madison, WI 53726** | **$50,150** | **2022** | **Salary - President [Paid in Ordinary Course of Business]** |
| | **Relationship to debtor**<br>**Former President** | | | |
| 30.2. | **Sheri Gladden**<br>**1185 Helford Lane**<br>**Carmel, IN 46032** | **$59,307.51** | **2022- June 2023** | **Salary plus Bonus ($56,807.51 salary plus $2,500.00 bonus)** |
| | **Relationship to debtor**<br>**Former CEO/President** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2023**
                _____

**/s/ Lindey Goodrich**                          **Lindey Goodrich**
_____                          _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Secretary**
                                       _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Arch Cosmetics, Inc.**                                                                    Case No. _____
                                                            Debtor(s)                                              Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ............................................................    $ _____**17,162.00**

      Prior to the filing of this statement I have received ..............................................    $ _____**13,157.41**

      Balance Due ..............................................................................................................    $ _____**4,004.59**

2.    The source of the compensation paid to me was:

      ☐ Debtor      ■ Other (specify):    **$13,157.41 paid by Debtor; balance paid by Cia Souleles (Director), Dr. John
                                          Koehler [Director/Shareholder] and Lindey Goodrich (Director/Shareholder)**

3.    The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **N/A**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any judicial lien avoidances, relief from stay actions or any other adversary
          proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 29, 2023**                                        **/s/ James E. Stevens**
*Date*                                                   **James E. Stevens 3128256**
                                                         *Signature of Attorney*
                                                         **Barrick, Switzer, Long, Balsley & Van Evera, LLP**
                                                         **6833 Stalter Drive**
                                                         **Rockford, IL 61108**
                                                         **815-962-6611  Fax: 815-962-0687**
                                                         **jstevens@bslbv.com**
                                                         *Name of law firm*

**B S L B V**    BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP

A T T O R N E Y S   A T   L A W        S I N C E   1 9 3 8

6833 STALTER DRIVE • ROCKFORD, ILLINOIS 61108
815-962-6611 • FAX 815-962-0687
www.bslbv.com

## BANKRUPTCY ATTORNEY FEE CONTRACT BETWEEN CLIENT AND BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP

If you receive bankruptcy services from Barrick, Switzer, Long, Balsley & Van Evera, LLP ("law firm"), federal law requires the execution of a written Contract between the law firm and you. If you wish to retain the law firm for bankruptcy services, you must execute this Contract. Our office will file a bankruptcy proceeding with all the documents and materials required to be filed therewith for the fees and charges as set forth below.  An attorney from this law firm will also meet with you at the first Section 341 Meeting of Creditors. The United States Bankruptcy Court will charge a filing fee as listed below.  Since bankruptcy proceedings are not identical and we are not able to tell in advance all of the services that you may need, we have listed additional possible fees below that may or may not apply to your bankruptcy proceeding. The law firm reserves the right to modify the fees listed below prior to the time you hire us. If you sign below, you are agreeing to do the following:

1. To completely and honestly fill out all the forms given to you and provide truthful information in regard to all bankruptcy forms.

2. To provide all the documentation requested.

3. To promptly respond to any inquiries made by the law firm.

4. To pay all additional fees no later than 30 days after billing.

**The required retainer fee for legal fees in this Chapter 7 bankruptcy proceeding is $17,500.00, which is the retainer plus the filing fee for this matter.**  We accept cash, checks, or money orders. We do not accept the customer's credit cards for payment. The down payment or retainer covers the following services:

1.   Preparation of petition, plan, and basic services.

2.   Filing fee of $335.00 to file the petition (charged by the United States Bankruptcy
     Court).

3.   Attend first Section 341 Meeting of Creditors.

4.   Communicate and correspond with the Trustee regarding case administration.

**Possible Additional Charges:**

$75.00      Changes to Petition and Schedules after Filing

**Hourly Fees Requiring Additional Retainer Before Service:**

$350.00     Objection to Motion to Lift Automatic Stay

$350.00     Dispute over Preferential Transfer

$350.00     Defense of Adversary Proceedings

$350.00     Defense of Motion to Dismiss

DATED: __6/29/2023__

ARCH COSMETICS, INC., Debtor

BY: _____, Lindey Goodrich

ITS: Secretary, Director _____

BARRICK, SWITZER, LONG, BALSLEY &
VAN EVERA, LLP

BY: _____
     JAMES E. STEVENS, Attorney at Law

BY: _____
DARRON M. BURKE, Attorney at Law

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Arch Cosmetics, Inc.**                                                    Case No.
_____   _____
                                   Debtor(s)        Chapter    **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   _____   **102**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 29, 2023**          **/s/ Lindey Goodrich**
_____        _____
                       **Lindey Goodrich**/**Secretary**
                       Signer/Title

Alex Stark
705 Ottawa Trail
Madison, WI 53711

Alexa Cross
1110 E Ogden Ave
Apt 112
Milwaukee, WI 53202

Alexa Rogge
6203 Williamsburg Way
Apt 326
De Forest, WI 53532

Ali Murwin
6032 E Linden Pkwy
Mc Farland, WI 53558

Alissa Dorman
2712 N Farwell Avenue
Milwaukee, WI 53211

Alisson Wessel
2122 Sheffield Ct
Apt 2
Freeport, IL 61032

Allie Weiss
1250 Linden Avenue
Highland Park, IL 60035

Allison Trainor
18 Vista Ridge Drive
Galena, IL 61036

Allyson Arens
W5095 N Osprey Drive
New Lisbon, WI 53950

Alyssa Hoffman
1255 S State St
Unit 804
Chicago, IL 60605

Amila Lagowski
1001C Curtiss Street
Downers Grove, IL 60515


Andi Sirokman
2924 Harvey Street
Apt # 1A
Madison, WI 53705


Andreanna Kinnart
415 Snow Cole Hall
Madison, WI 53706


Autumn Bach
74 Trillium Ct
Madison, WI 53719


Betsy Branca-Hughes
612 N. Calvin Park Blvd
Rockford, IL 61107


Blackhawk Bank
400 Broad Street
Beloit, WI 53511


Brent Hughes
612 N. Calvin Park Blvd
Rockford, IL 61107


Brooke Behlmer
100 E Chateau Place
Milwaukee, WI 53217


Brooke Duescher
201 Lavaca St
Apt 640
Austin, TX 78701


Candace Dziubinski
4444 S 66th St
Milwaukee, WI 53220


Carly Capadona
4606 N Leavitt Street
Chicago, IL 60625

Carolyn Lee
2527 N Stowell Ave
Apt 5
Milwaukee, WI 53211


Casey Pieper
8840 Market Street
Apt 123
Middleton, WI 53562


Cassie Sperry
2555 N Clark St
Apt 1001
Chicago, IL 60614


Chantecaille
584 Broadway
Suite 1111
New York, NY 10012


Christina Wilson
3603 Woodside Ave
Brookfield, IL 60513


Cia Souleles
1964 N Burling Street
Chicago, IL 60614


Claire Tipton
1012 Marston Street
West Sacramento, CA 95605


Courtney Metelmann
c/o Attorney Mohammed Badwan
Sulaiman Law Group, Ltd.
2500 S Highland Avenue, Suite 200
Lombard, IL 60148


Courtney Severson
725 W Freshwater Way
Apt 307
Milwaukee, WI 53204


Dana Graves
N38W32690 Edgewood Court
Nashotah, WI 53058

Elizabeth Grenfell
9 Connor Court
Madison, WI 53718


Elizabeth Trautz
4509 Edina Blvd
Minneapolis, MN 55424


Emily Egge
1212 E Courtland Place
Milwaukee, WI 53211


Emma Brainard
306 Glendola Ave NW
Warren, OH 44483


Emma Lankey
3513 DuPont Avenue South
Apt 115
Minneapolis, MN 55408


Emma Tascher
2370 N 67th St
Milwaukee, WI 53213


Emmeline Roth
120 Garfield Avenue
Evansville, WI 53536


Emmylou Hetland
405 Hilldale Court
Madison, WI 53705


Erin Patt
1350 W Foster Avenue
Apt 1W
Chicago, IL 60640


Gaby Cronick
788 Cedar Street
#5
Saint Paul, MN 55103

Gloria Sigala
3821 Dunbury Lane
Rockford, IL 61101


Haley Sullivan
803 Division Street
Apt 923
Nashville, TN 37203


Jacquelyn Staples
306 Cambridge Drive
Grayslake, IL 60030


Jamie Rentscher
2984 Chapel Valley Rd
Apt 102
Madison, WI 53711


Jamie Rosenbaum
545 Cypress Point Ct
Deerfield, IL 60015


Jennah Haney
1222 Meadowlark Lane
Madison, WI 53716


Jordan Schaefer
141618 Laurenwood Circle
Humble, TX 77396


Julia Young
810 West Princess Anne Road
Apt 20
Norfolk, VA 23517


Kasey Hermanson
542 Woodview Drive
Sun Prairie, WI 53590


Kayla Michler
421 N High Point Rd
Madison, WI 53717

Kayla Sallinger
1217 N 62nd Street
Apt # 207
Milwaukee, WI 53213


Kelley Elmer
8370 Old Sauk Road
Middleton, WI 53562


Kelsey Keithly
439 Home Ave
Apt 2S
Oak Park, IL 60302


Kelsey Mack
N82W1341 Fond Du Lac
Menomonee Falls, WI 53051


Kim Edwards
2292 High Ridge Trail
Madison, WI 53713


Laura Ruelle
2819 Endive Drive
Madison, WI 53711


Laura Vandermause
4620 Turnberry Lake Drive
Unit 301
Estero, FL 33928


Libby Lueck
N5128 8th Ave
Westfield, WI 53964


Madelyn O'Gorman
601 W Doty St
Apt 315
Madison, WI 53703


Madilyn Sass
1919 University Avenue
Apt 2
Madison, WI 53726

Maggie Mueller
8383 Muller Rd
Fall Creek, WI 54742

Maggie Orlando
724 Paris Avenue
Rockford, IL 61107

Marnee Fuertes
10201 Camden Lane
#1
Bridgeview, IL 60455

Melissa Gramza
1418 Meadowbrook Blvd
Racine, WI 53405

Melissa Massino
1749 N Wells St
Atp # 1810
Chicago, IL 60614

Meridith Zoltan
331 W Wisconsin Avenue
Milwaukee, WI 53203

Michelle Goans
3900 Gabrielle Lane
Aurora, IL 60598

Mikaela Lietha
436 W School St
Columbus, WI 53925

Mila Moursi/Waldin LLC
6924 Canby Avenue
Suite 116
Reseda, CA 91335

Morgan Bock
4701 Retana Drive
Madison, WI 53714

Myranda Falls
3201 Carefree Drive
Rockford, IL 61114

Nicole Shelley
1326 N High Point Road
Middleton, WI 53562

Nikki Ramsay
410 N Timothy Lane
McHenry, IL 60050

Nina Codell
1749 Stonehedge Court
Wheeling, IL 60090

Olivia Russo
3101 Fish Hatchery Rd
Atp 214
Madison, WI 53713

Omorovicza Cosmetics
191 Woodport Road
Suite 7
Sparta, NJ 07871

Paige Abbatacola
415 S Livingston Street
Madison, WI 53703

Priscilla Pomaville
4902 E Palo Brea Lane
Cave Creek, AZ 85331

Rachel Olk
40 North Orchard Street
Madison, WI 53715

Ratchel Tatge
2039 Winnebago Street
Madison, WI 53704

Raymond Koons
4902 E Palo Brea Lane
Cave Creek, AZ 85331

Rebecca Ward
2202 Woodside Drive
Cross Plains, WI 53528


Riverview Lofts LLC
117 N Jefferson
Suite 200
Milwaukee, WI 53202


Ross Realty Management
P.O. Box 10891
Chicago, IL 60654


Sadie Minobe
3714 Zwerg Drive
Madison, WI 53705


Sarah Horner
742 Bear Claw Way
#104
Madison, WI 53717


Sarah Lent
5126 Argus Lane
Madison, WI 53711


Sarah Miller
3301 N 96th St
Milwaukee, WI 53222


Sarah Scheuer
1916 W Timber Ridge Lane
Apt 4207
Oak Creek, WI 53154


Savannah Waller
3136 S Milton Shopiere Rd
Janesville, WI 53546


Small Business Administration
409 Third Street SW
Washington, DC 20416

Sophia Colevas
2213 University Ave
Apt C
Madison, WI 53726


Sydney Hanchett
1986 Fays Lane
Sugar Grove, IL 60554


Tara O'Byrne
9109 W Hawthorne Ave
Milwaukee, WI 53226


Tatum Regez
588 Jennifer Circle
Mundelein, IL 60060


Tayler Williams
540 Moon Lake Drive
Apartment # 9
Rice Lake, WI 54868


Taylor Molln
183 N. Addison Ave
Apt 327
Elmhurst, IL 60126


The Standard
214 East State Street
Rockford, IL 61104


Victoria Saber
63 Wall Street
Apt 3504
New York, NY 10005


Victoria Worcester
510 West Main Street
Apt 408
Madison, WI 53703


Wisconsin Dept of Consumer Protect
Attn: Patrick Studenec
2811 Agriculture Drive
Madison, WI 53708

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Arch Cosmetics, Inc.**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Arch Cosmetics, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 29, 2023**

Date

**/s/ James E. Stevens**

**James E. Stevens 3128256**

Signature of Attorney or Litigant

Counsel for   **Arch Cosmetics, Inc.**

**Barrick, Switzer, Long, Balsley & Van Evera, LLP**

**6833 Stalter Drive**
**Rockford, IL 61108**
**815-962-6611 Fax:815-962-0687**
**jstevens@bslbv.com**