| Information to identify the case: | | |
|---|---|---|
| Debtor: **Arch Cosmetics, Inc.** (Name) | | EIN: 45-3604104 |
| United States Bankruptcy Court: Northern District of Illinois | | Date case filed for chapter: 7    7/3/23 |
| Case number: 23-80799 | | |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Arch Cosmetics, Inc. | |
| 2. **All other names used in the last 8 years** | fka Arch Apothecary, Inc. | |
| 3. **Address** | 214 East State Street<br>Suite # 2<br>Rockford, IL 61104 | |
| 4. **Debtor's attorney**<br>Name and address | James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, Il 61108 | Contact phone 815-962-6611<br><br>Email: jimstevens@bslbv.com |
| 5. **Bankruptcy trustee**<br>Name and address | Joseph D Olsen<br>Joseph D. Olsen, Chapter 7 Trustee<br>Attorney at Law<br>5702 Elaine Drive, Suite 204<br>Rockford, IL 61108-2458 | Contact phone 815-708-0234<br><br>Email: Jolsenlaw@comcast.net |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1-866-222-8029<br><br>Date: 7/5/23 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 15, 2023 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Appear by Video. See details at www., justice.gov/ust/file/ILN.pdf/download.** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 23-80799-TML

Arch Cosmetics, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3  User: admin  Page 1 of 3
Date Rcvd: Jul 05, 2023  Form ID: 309C  Total Noticed: 100

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arch Cosmetics, Inc., 214 East State Street, Suite # 2, Rockford, IL 61104-1011 |
| tr | + | Joseph D Olsen, Joseph D. Olsen, Chapter 7 Trustee, Attorney at Law, 5702 Elaine Drive, Suite 204, Rockford, IL 61108-2475 |
| 30307527 | + | Alex Stark, 705 Ottawa Trail, Madison, WI 53711-2939 |
| 30307528 | + | Alexa Cross, 1110 E Ogden Ave, Apt 112, Milwaukee, WI 53202-2936 |
| 30307529 | #+ | Alexa Rogge, 6203 Williamsburg Way, Apt 326, De Forest, WI 53532-9122 |
| 30307530 | + | Ali Murwin, 6032 E Linden Pkwy, Mc Farland, WI 53558-8822 |
| 30307532 | + | Alisson Wessel, 2122 Sheffield Ct, Apt 2, Freeport, IL 61032-3573 |
| 30307533 | + | Allie Weiss, 1250 Linden Avenue, Highland Park, IL 60035-3455 |
| 30307534 | + | Allison Trainor, 18 Vista Ridge Drive, Galena, IL 61036-9255 |
| 30307535 | + | Allyson Arens, W5095 N Osprey Drive, New Lisbon, WI 53950-9495 |
| 30307536 | + | Alyssa Hoffman, 1255 S State St, Unit 804, Chicago, IL 60605-3449 |
| 30307537 | + | Amila Lagowski, 1001C Curtiss Street, Downers Grove, IL 60515-4711 |
| 30307539 | + | Andreanna Kinnart, 415 Snow Cole Hall, Madison, WI 53706-1130 |
| 30307540 | + | Autumn Bach, 74 Trillium Ct, Madison, WI 53719-2309 |
| 30307541 | + | Betsy Branca-Hughes, 612 N. Calvin Park Blvd, Rockford, IL 61107-4613 |
| 30307543 | + | Brent Hughes, 612 N. Calvin Park Blvd, Rockford, IL 61107-4613 |
| 30307544 | + | Brooke Behlmer, 100 E Chateau Place, Milwaukee, WI 53217-5816 |
| 30307545 | + | Brooke Duescher, 201 Lavaca St, Apt 640, Austin, TX 78701-3989 |
| 30307546 | + | Candace Dziubinski, 4444 S 66th St, Milwaukee, WI 53220-3424 |
| 30307549 | | Casey Pieper, 8840 Market Street, Apt 123, Middleton, WI 53562 |
| 30307550 | + | Cassie Sperry, 2555 N Clark St, Apt 1001, Chicago, IL 60614-1756 |
| 30307551 | + | Chantecaille, 584 Broadway, Suite 1111, New York, NY 10012-5238 |
| 30307552 | + | Christina Wilson, 3603 Woodside Ave, Brookfield, IL 60513-1748 |
| 30307553 | + | Cia Souleles, 1964 N Burling Street, Chicago, IL 60614-5124 |
| 30307554 | + | Claire Tipton, 1012 Marston Street, West Sacramento, CA 95605-2203 |
| 30307555 | + | Courtney Metelmann, c/o Attorney Mohammed Badwan, Sulaiman Law Group, Ltd., 2500 S Highland Avenue, Suite 200, Lombard, IL 60148-7103 |
| 30307556 | + | Courtney Severson, 725 W Freshwater Way, Apt 307, Milwaukee, WI 53204-4123 |
| 30307557 | + | Dana Graves, N38W32690 Edgewood Court, Nashotah, WI 53058-9789 |
| 30307558 | + | Elizabeth Grenfell, 9 Connor Court, Madison, WI 53718-2970 |
| 30307559 | + | Elizabeth Trautz, 4509 Edina Blvd, Minneapolis, MN 55424-1135 |
| 30307560 | + | Emily Egge, 1212 E Courtland Place, Milwaukee, WI 53211-1163 |
| 30307561 | + | Emma Brainard, 306 Glendola Ave NW, Warren, OH 44483-1249 |
| 30307563 | + | Emma Tascher, 2370 N 67th St, Milwaukee, WI 53213-1439 |
| 30307564 | + | Emmeline Roth, 120 Garfield Avenue, Evansville, WI 53536-1113 |
| 30307565 | + | Emmylou Hetland, 405 Hilldale Court, Madison, WI 53705-2613 |
| 30307566 | + | Erin Patt, 1350 W Foster Avenue, Apt 1W, Chicago, IL 60640-2247 |
| 30307567 | + | Gaby Cronick, 788 Cedar Street, #5, Saint Paul, MN 55103-2103 |
| 30307568 | + | Gloria Sigala, 3821 Dunbury Lane, Rockford, IL 61101-9505 |
| 30307569 | + | Haley Sullivan, 803 Division Street, Apt 923, Nashville, TN 37203-5093 |
| 30307570 | + | Jacquelyn Staples, 306 Cambridge Drive, Grayslake, IL 60030-3441 |
| 30307571 | + | Jamie Rentscher, 2984 Chapel Valley Rd, Apt 102, Madison, WI 53711-7412 |
| 30307572 | + | Jamie Rosenbaum, 545 Cypress Point Ct, Deerfield, IL 60015-3864 |

Case 23-80799   Doc 5   Filed 07/07/23   Entered 07/07/23 23:19:40   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0752-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: 309C | Total Noticed: 100 |

| | | |
|---|---|---|
| 30307573 | + | Jennah Haney, 1222 Meadowlark Lane, Madison, WI 53716-1460 |
| 30307574 | | Jordan Schaefer, 141618 Laurenwood Circle, Humble, TX 77396 |
| 30307575 | + | Julia Young, 810 West Princess Anne Road, Apt 20, Norfolk, VA 23517-1871 |
| 30307576 | + | Kasey Hermanson, 542 Woodview Drive, Sun Prairie, WI 53590-2355 |
| 30307577 | + | Kayla Michler, 421 N High Point Rd, Madison, WI 53717-1849 |
| 30307578 | #+ | Kayla Sallinger, 1217 N 62nd Street, Apt # 207, Milwaukee, WI 53213-3073 |
| 30307579 | | Kelley Elmer, 8370 Old Sauk Road, Middleton, WI 53562 |
| 30307580 | + | Kelsey Keithly, 439 Home Ave, Apt 2S, Oak Park, IL 60302-3794 |
| 30307581 | | Kelsey Mack, N82W1341 Fond Du Lac, Menomonee Falls, WI 53051 |
| 30307582 | + | Kim Edwards, 2292 High Ridge Trail, Madison, WI 53713-3626 |
| 30307583 | + | Laura Ruelle, 2819 Endive Drive, Madison, WI 53711-8501 |
| 30307584 | + | Laura Vandermause, 4620 Turnberry Lake Drive, Unit 301, Estero, FL 33928-6986 |
| 30307585 | + | Libby Lueck, N5128 8th Ave, Westfield, WI 53964-8846 |
| 30307586 | + | Madelyn O'Gorman, 601 W Doty St, Apt 315, Madison, WI 53703-2774 |
| 30307587 | + | Madilyn Sass, 1919 University Avenue, Apt 2, Madison, WI 53726-4012 |
| 30307588 | + | Maggie Mueller, 8383 Muller Rd, Fall Creek, WI 54742-2613 |
| 30307589 | + | Maggie Orlando, 724 Paris Avenue, Rockford, IL 61107-3242 |
| 30307590 | + | Marnee Fuertes, 10201 Camden Lane, #1, Bridgeview, IL 60455-5500 |
| 30307591 | + | Melissa Gramza, 1418 Meadowbrook Blvd, Racine, WI 53405-1614 |
| 30307592 | + | Melissa Massino, 1749 N Wells St, Atp # 1810, Chicago, IL 60614-5877 |
| 30307593 | + | Meridith Zoltan, 331 W Wisconsin Avenue, Milwaukee, WI 53203-2201 |
| 30307594 | + | Michelle Goans, 3900 Gabrielle Lane, Aurora, IL 60598-4300 |
| 30307595 | + | Mikaela Lietha, 436 W School St, Columbus, WI 53925-1362 |
| 30307596 | + | Mila Moursi/Waldin LLC, 6924 Canby Avenue, Suite 116, Reseda, CA 91335-8750 |
| 30307597 | + | Morgan Bock, 4701 Retana Drive, Madison, WI 53714-2635 |
| 30307598 | + | Myranda Falls, 3201 Carefree Drive, Rockford, IL 61114-6001 |
| 30307599 | + | Nicole Shelley, 1326 N High Point Road, Middleton, WI 53562-3678 |
| 30307600 | + | Nikki Ramsay, 410 N Timothy Lane, McHenry, IL 60050-6112 |
| 30307601 | + | Nina Codell, 1749 Stonehedge Court, Wheeling, IL 60090-6904 |
| 30307602 | + | Olivia Russo, 3101 Fish Hatchery Rd, Atp 214, Madison, WI 53713-3245 |
| 30307603 | + | Omorovicza Cosmetics, 191 Woodport Road, Suite 7, Sparta, NJ 07871-2641 |
| 30307604 | + | Paige Abbatacola, 415 S Livingston Street, Madison, WI 53703-3534 |
| 30307605 | + | Priscilla Pomaville, 4902 E Palo Brea Lane, Cave Creek, AZ 85331-5994 |
| 30307606 | + | Rachel Olk, 40 North Orchard Street, Madison, WI 53715-1243 |
| 30307607 | + | Ratchel Tatge, 2039 Winnebago Street, Madison, WI 53704-5379 |
| 30307608 | + | Raymond Koons, 4902 E Palo Brea Lane, Cave Creek, AZ 85331-5994 |
| 30307609 | + | Rebecca Ward, 2202 Woodside Drive, Cross Plains, WI 53528-9526 |
| 30307610 | + | Riverview Lofts LLC, 117 N Jefferson, Suite 200, Milwaukee, WI 53202-6160 |
| 30307611 | + | Ross Realty Management, P.O. Box 10891, Chicago, IL 60610-0891 |
| 30307612 | + | Sadie Minobe, 3714 Zwerg Drive, Madison, WI 53705-5230 |
| 30307613 | + | Sarah Horner, 742 Bear Claw Way, #104, Madison, WI 53717-2777 |
| 30307614 | + | Sarah Lent, 5126 Argus Lane, Madison, WI 53711-9129 |
| 30307615 | + | Sarah Miller, 3301 N 96th St, Milwaukee, WI 53222-3405 |
| 30307616 | #+ | Sarah Scheuer, 1916 W Timber Ridge Lane, Apt 4207, Oak Creek, WI 53154-1377 |
| 30307617 | + | Savannah Waller, 3136 S Milton Shopiere Rd, Janesville, WI 53546-9771 |
| 30307619 | + | Sophia Colevas, 2213 University Ave, Apt C, Madison, WI 53726-3860 |
| 30307620 | + | Sydney Hanchett, 1986 Fays Lane, Sugar Grove, IL 60554-9771 |
| 30307621 | + | Tara O'Byrne, 9109 W Hawthorne Ave, Milwaukee, WI 53226-4539 |
| 30307622 | + | Tatum Regez, 588 Jennifer Circle, Mundelein, IL 60060-4110 |
| 30307623 | + | Tayler Williams, 540 Moon Lake Drive, Apartment # 9, Rice Lake, WI 54868-1596 |
| 30307624 | + | Taylor Molln, 183 N. Addison Ave, Apt 327, Elmhurst, IL 60126-3198 |
| 30307625 | + | The Standard, 214 East State Street, Rockford, IL 61104-1011 |
| 30307626 | + | Victoria Saber, 63 Wall Street, Apt 3504, New York, NY 10005-3023 |
| 30307627 | + | Victoria Worcester, 510 West Main Street, Apt 408, Madison, WI 53703-4791 |
| 30307628 | + | Wisconsin Dept of Consumer Protect, Attn: Patrick Studenec, 2811 Agriculture Drive, Madison, WI 53718-6777 |

TOTAL: 97

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jimstevens@bslbv.com | | |
| | | Jul 06 2023 09:37:00 | James E Stevens, Barrick, Switzer, Long, Balsley |

| District/off: 0752-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: 309C | Total Noticed: 100 |

| | | | | |
|---|---|---|---|---|
| 30307542 | + | Email/Text: lossmitigation@blackhawkbank.com | Jul 06 2023 09:40:00 | & Van Ev, 6833 Stalter Drive, Rockford, Il 61108<br>Blackhawk Bank, 400 Broad Street, Beloit, WI 53511-6223 |
| 30307618 | + | Email/Text: bankruptcynotices@sba.gov | Jul 06 2023 09:38:00 | Small Business Administration, 409 Third Street SW, Washington, DC 20416-0005 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30307531 | ##+ | Alissa Dorman, 2712 N Farwell Avenue, Milwaukee, WI 53211-3758 |
| 30307538 | ##+ | Andi Sirokman, 2924 Harvey Street, Apt # 1A, Madison, WI 53705-3525 |
| 30307547 | ##+ | Carly Capadona, 4606 N Leavitt Street, Chicago, IL 60625-7792 |
| 30307548 | ##+ | Carolyn Lee, 2527 N Stowell Ave, Apt 5, Milwaukee, WI 53211-4209 |
| 30307562 | ##+ | Emma Lankey, 3513 DuPont Avenue South, Apt 115, Minneapolis, MN 55408-4014 |

TOTAL: 0 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James E Stevens | on behalf of Debtor 1 Arch Cosmetics Inc. jimstevens@bslbv.com |
| Joseph D Olsen | Jolsenlaw@comcast.net colleenlemek@comcast.net,il46@ecfcbis.com |
| Patrick S Layng | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 3